Nels T. Lippert
WILMER CUTLER PICKERING
 HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

Thomas P. Olson
Katherine A. Oyama*
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000

Mark D. Selwyn*
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
(650) 858-6000



FEB 05 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Attorneys for Plaintiff CoStar Group, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE DANIELS

| | |
|---|---|
| COSTAR GROUP, INC., | )<br>) |
| Plaintiff, | )<br>) Civil Action No. 08 CV 1156 |
| v. | ) |
| LOOPNET INC., | ) |
| Defendant. | ) |

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, plaintiff CoStar Group Inc. ("CoStar"), by its undersigned counsel, respectfully submits the

---

\*   Not admitted to the Bar of this Court.

following disclosure statement:

    CoStar is a publicly held corporation. CoStar does not have a parent corporation. Based on the most recent information available to CoStar, the following entities own 10% or more of CoStar's stock: Morgan Stanley, FMR Corporation, and Janus Capital Management LLC.

    Respectfully submitted,

*/s/ Nels T. Lippert*

Nels T. Lippert
WILMER CUTLER PICKERING HALE AND DORR LLP
Attorneys for Plaintiff CoStar Group, Inc.
399 Park Avenue
New York, NY 10022
(212) 230-8800
nels.lippert@wilmerhale.com

Thomas P. Olson
Katherine A. Oyama*
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
thomas.olson@wilmerhale.com
katherine.oyama@wilmerhale.com

Mark D. Selwyn*
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6031
Facsimile: (650) 858-6100
mark.selwyn@wilmerhale.com

Counsel for Plaintiff CoStar Group, Inc.

DATED: February 5, 2008

---

\*   Not admitted to the Bar of this Court.