**ORIGINAL**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

CoStar Group, Inc.

V.

LoopNet, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 1156**

**JUDGE DANIELS**

TO: (Name and address of Defendant)

LOOPNET, INC.
181 W. HUNTINGTON DRIVE, SUITE 208
MONROVIA, CALIFORNIA 91706

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nels T. Lippert, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue, New York, N.Y. 10022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

FEB 0 5 2008

DATE

(By) DEPUTY CLERK

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 CV 1156                                        Purchased/Filed: February 5, 2008
STATE OF NEW YORK        UNITED STATES DISTRICT COURT              SOUTHERN COUNTY

CoStar Group, Inc.                                                                Plaintiff

against

Loopnet, Inc.                                                                    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____February 6, 2008_____, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Complaint, Rule 7.1 Statement, Individual Practices of Judge George B. Daniels, Instructions and Guidelines for Electronic Case Filing, and Individual Practices of Magistrate Judge Gabriel W. Gorenstein bearing the above Index # and Filing Date on _____Loopnet, Inc._____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __28yrs__   Approx. Wt: __200lbs__   Approx. Ht: __6'0"__
Color of skin: __wht__   Hair color: __Dk. Brn.__   Sex: __M__   Other: __Glasses__

Sworn to before me on this

__6th__ day of _____February 2008_____

_(signature)_
DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

_(signature)_
Jessica Miller

Invoice•Work Order # 0617470