

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7061
FACSIMILE (310) 203-7199
ebrown@irell.com

February 22, 2008     FEB 2 6 2008

**SO ORDERED**

*[signature]*
**HON. GEORGE B. DANIELS**
FEB 2 6 2008

**VIA FAX and FED EX**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-0132

Re:   *CoStar Group, Inc. v. LoopNet, Inc., C.A. No. 08 CV 1156*

Dear Judge Daniels:

We are outside counsel for LoopNet, Inc., Defendant in the above entitled action. I write with regarding a stipulated extension of the date by which LoopNet, Inc. is required to file a response to Plaintiff's Complaint.

The Complaint was served on February 6, 2008. LoopNet, Inc. would ordinarily be required to file a response to the Complaint on February 26, 2008. However, we have not yet been admitted *pro hac* in this matter and LoopNet is still in the process of retaining New York local counsel. Plaintiff CoStar Group, Inc., has, however, graciously consented to affording LoopNet, Inc. a 30-day extension of time to respond to the Complaint, which would make LoopNet's due on March 27, 2008.

LoopNet respectfully requests that the Court approve the 30-day extension.

Very truly yours,

*[signature]*
Elliot Brown

cc:   Counsel for CoStar:
      Nils T. Lippert, Esq.
      Thomas P. Olson, Esq.
      Mark D. Selwyn, Esq.

1826621