Jacques Semmelman (JS 5020)
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000
(917) 368-8867 (fax)
jsemmelman@curtis.com

Attorneys for Defendant LoopNet, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
COSTAR GROUP, INC.,              )
                                 )
            Plaintiff,           )     08 CV 1156 (GBD)
                                 )
      v.                         )     NOTICE OF APPEARANCE
                                 )
LOOPNET, INC.,                   )
                                 )
            Defendant.           )
_____)

       PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Defendant LoopNet, Inc.

Dated: New York, New York
      March 17, 2008

                                CURTIS, MALLET-PREVOST,
                                    COLT & MOSLE LLP

                 By:   /s/_____
                        Jacques Semmelman (JS 5020)
                        101 Park Avenue
                        New York, New York 10178-0061
                        (212) 696-6000
                        (917) 368-8867 (fax)
                        jsemmelman@curtis.com

TO:   Nels T. Libbert, Esq.
       WILMER CUTLER PICKERING
        HALE AND DORR LLP
       399 Park Avenue
       New York, New York 10022