# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

FRANKFURT MILAN
HOUSTON MUSCAT
STANBUL PARIS
LONDON STAMFORD
MEXICO CITY WASHINGTON D.C.

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
E-MAIL INFO@CURTIS.COM
INTERNET WWW.CURTIS.COM

WRITER'S DIRECT.
TEL. 212-696-6067
E-MAIL JSEMMELMAN@CURTIS.COM
FACSIMILE 917-368-8867

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 26 2007

March 25, 2008

**SO ORDERED**
The conference is rescheduled
for May 6, 2008 at 9:30 a.m.

MAR 26 2007 *George B. Daniel*
**HON. GEORGE B. DANIELS**

VIA FAX 212-805-6737

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: CoStar Group, Inc. v. LoopNet, Inc
Docket No. 08 CV 1156 (GBD)

Dear Judge Daniels:

Following our discussion with chambers earlier today, I am writing to confirm that the Initial Conference originally scheduled for May 8, 2008 has been moved to Tuesday, May 6, 2008, at 9:30 a.m., with the consent of all parties.

Respectfully,

*Jacques Semmelman*

Jacques Semmelman

cc: Thomas Olson, Esq. (Wilmer Cutler Pickering Hale and Dorr LLP) (by fax)