SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CoSTAR GROUP, INC.,   Plaintiff,

- against -

LOOPNET, INC.,   Defendant.

08 cv 01156 (GBD)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jacques Semmelman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Elliot Noah Brown
Firm Name: Irell & Manella LLP
Address: 1800 Avenue of the Stars, Suite 900
City/State/Zip: Los Angeles, California 90067-4276
Phone Number: (310) 277-1010
Fax Number: (310) 203-7199

Elliot Noah Brown is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceedings against Elliot Noah Brown in any State or Federal court.

Dated: 3/26/2008
City, State: New York, New York

Respectfully submitted,

Sponsor's
SDNY Bar         Jacques Semmelman
                 (JS-5020)
Firm Name:       Curtis, Mallet-Prevost, Colt & Mosle LLP
Address:         101 Park Avenue
City/State/Zip:  New York, New York 10178
Phone Number:    (212)-696-6000
Fax Number:      (212)-697-1559

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

CoSTAR GROUP, INC.,                    :          08 cv 01156 (GBD)

                       Plaintiff,      :

   - against –                                   :          AFFIDAVIT OF
                                                                        JACQUES SEMMELMAN
LOOPNET, INC.,                                :          IN SUPPORT OF MOTION
                                                                TO ADMIT COUNSEL
                   Defendant.    :          PRO HAC VICE
-------------------------------------------------------X

STATE OF NEW YORK   )
                                 ) ss.:
COUNTY OF NEW YORK )

       Jacques Semmelman, being duly sworn, hereby deposes and says as follows:

       1.     I am counsel for Defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Elliot Noah Brown as counsel pro hac vice to represent Defendant in this matter.

       2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 16, 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

       3.     I have known Elliot Noah Brown since approximately 1983 or 1984.

       4.     Mr. Brown is a partner at Irell & Manella LLP.

       5.     I have found Mr. Brown to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

4454259v1

-2-

6.  Accordingly, I am pleased to move the admission of Elliot Noah Brown, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Elliot Noah Brown, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Elliot Noah Brown, pro hac vice, to represent Defendant in the above-captioned matter, be granted.

Dated: March 26, 2008
      New York, New York

Respectfully submitted,

*/s/ Jacques Semmelman*

Name of Movant: Jacques Semmelman
SDNY Bar Code: JS-5020

Sworn to before me this
26th day of March, 2008.

_____
NOTARY PUBLIC

JACQUELINE T. DIMARCO
Notary Public, State of New York
No. 31-4841199
Qualified in New York County
Commission Expires Oct. 31, 2009

-2-

4454259v1

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CoSTAR GROUP, INC.,         Plaintiff,

                                                  08   cv   01156   (GBD)

         - against -
LOOPNET, INC.,              Defendant.      **ORDER FOR ADMISSION
                                              PRO HAC VICE
                                              ON WRITTEN MOTION**

Upon the motion of Jacques Semmelman attorney for LOOPNET, INC.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Elliot Noah Brown |
| Firm Name: | Irell & Manella LLP |
| Address: | 1800 Avenue of the Stars, Suite 900 |
| City/State/Zip: | Los Angeles, California 90067-4276 |
| Telephone/Fax: | (310) 277-1010 |
| Email Address: | (310)-203-7199 |

is admitted to practice pro hac vice as counsel for LOOPNET, INC. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:


_____
United States District/Magistrate Judge

**THE STATE BAR**  
**OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639    TELEPHONE: 888-800-3400

March 21, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ELLIOT NOAH BROWN, #150802 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 1990; that from the date of admission to April 9, 1992, he was an ACTIVE member of the State Bar of California; that on April 9, 1992, he transferred at his request to the INACTIVE status as of January 1, 1992; that from that date to September 4, 1992, he was an INACTIVE member of the State Bar of California; that on September 4, 1992, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert  
Custodian of Membership Records

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF NEW YORK     )

JOSEPH F. CLYNE, being duly sworn deposes and says:

1. I am over eighteen (18) years of age, am not a party to this action and am a resident of the State of Connecticut.

2. On March 26, 2008, I served a copy of the attached Motion To Admit Counsel Pro Hac Vice by First Class Mail upon:

> Nels T. Lippert
> Wilmer Cutler Pickering Hale & Dorr L.L.P.
> 399 Park Avenue
> New York, New York  10022

_____
JOSEPH F. CLYNE

Sworn to before me this
26th day of March, 2008.

_____
NOTARY PUBLIC

JACQUELINE T. DIMARCO
Notary Public, State of New York
No. 31-4841199
Qualified in New York County
Commission Expires Oct. 31, 2009

4316893v1