UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
COSTAR GROUP, INC.,                                         :
                                                            :
                              Plaintiff,        No. 08-CV-1156 (GBD)
                                                            :
              v.                                            :
                                                            :
LOOPNET, INC.,                                              :
                                                            :
                              Defendant.        :
------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

Defendant LoopNet, Inc. hereby states that it is a publicly-traded company, and that it has no parent company or other publicly-traded company that holds more than 10% of its stock.

Dated:   New York, New York
         March 28, 2008

                                        CURTIS, MALLET-PREVOST,
                                          COLT & MOSLE LLP


                                        By: /s/ Jacques Semmelman
                                            Jacques Semmelman (JS 5020)
                                            101 Park Avenue
                                            New York, NY  10178-0061
                                            Tel.: 212-696-6000
                                            Fax: 212-697-1559
                                            jsemmelman@curtis.com

                                            *Attorneys for Defendant*
                                            *LoopNet, Inc.*

*Of Counsel:*

Elliot Brown (*pro hac vice pending*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel.: (310) 277-1010
Fax: (310) 203-7199
ebrown@irell.com