**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COSTAR GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOOPNET, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 08-CV-1156 (GBD) <br><br> **MOTION TO ADMIT COUNSEL** <br> **PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Nels T. Lippert, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Patrick J. Carome |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 1875 Pennsylvania Avenue N.W. |
| City/State: | Washington, D.C. 20006 |
| Phone No.: | (202) 663-6000 |
| Fax No.: | (202) 663-6363 |

Patrick J. Carome is a member in good standing of the District of Columbia Bar. There are no pending disciplinary proceedings against Patrick J. Carome in any State or Federal Court.

*/s/ Nels T. Lippert*
Nels T. Lippert
WILMER CUTLER PICKERING HALE AND DORR LLP
Attorneys for Plaintiff CoStar Group, Inc.
399 Park Avenue
New York, NY 10022
(212) 230-8800
nels.lippert@wilmerhale.com

DATED: May 15, 2008                     Counsel for Plaintiff CoStar Group, Inc.

WHEREFORE it is respectfully requested that the motion to admit Patrick J. Carome, pro hac vice, to represent CoStar in the above-captioned matter.

Notarized:

*Sworn to before me this 15th day of May, 2008*

*Mary Ann Gagliardi*

DATED: May 15, 2008

Respectfully submitted,

Nels T. Lippert
WILMER CUTLER PICKERING HALE AND DORR LLP
Attorneys for Plaintiff CoStar Group, Inc.
399 Park Avenue
New York, NY 10022
(212) 230-8800
nels.lippert@wilmerhale.com

Counsel for Plaintiff CoStar Group, Inc.

**ORIGINAL**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COSTAR GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> LOOPNET, INC., <br><br> Defendant. | Case No. 08-CV-1156 (GBD) <br><br> **DECLARATION OF NELS T. LIPPERT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

I, Nels T. Lippert, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Plaintiff CoStar Group, Inc ("CoStar"). I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Patrick J. Carome as counsel pro hac vice to represent CoStar in this matter.

2. I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Patrick J. Carome since 2004.

4. Mr. Carome is a partner at Wilmer Cutler Pickering Hale and Dorr LLP.

5. I have found Mr. Carome to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move for the admission of Patrick J. Carome, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Patrick J. Carome, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Patrick J. Carome, pro hac vice, to represent CoStar in the above-captioned matter.

Respectfully submitted,

Nels T. Lippert
WILMER CUTLER PICKERING HALE AND DORR LLP
Attorneys for Plaintiff CoStar Group, Inc.
399 Park Avenue
New York, NY 10022
(212) 230-8800
nels.lippert@wilmerhale.com

DATED: May 15, 2008                     Counsel for Plaintiff CoStar Group, Inc.



## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

PATRICK J. CAROME

was on the 16TH day of JANUARY, 1985 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 13, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Chailis*
Deputy Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COSTAR GROUP, INC.,   Plaintiff,

8 cv 1156 (GBD)

- against -

LOOPNET, INC.,   Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Nels T. Lippert   attorney for   Plaintiff CoStar Group, Inc.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Patrick J. Carome |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr |
| Address: | 1875 Pennsylvania Avenue N.W. |
| City/State/Zip: | Washington, D.C. 20006 |
| Telephone/Fax: | (202) 663-6000 |
| Email Address: | patrick.carome@wilmerhale.com |

is admitted to practice pro hac vice as counsel for   Plaintiff CoStar Group, Inc.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#
SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

I, Christopher Carrion, hereby certify that on May 19, 2008, I served the attached Motion for Pro Hac Admission, with accompanying documents, upon the following parties via first-class mail:

>Jacques Semmelman
>Curtis, Mallet-Prevost, Colt & Mosle LLP
>101 Park Avenue
>New York, New York  10178-0061
>(212) 696-6000
>(917) 368-8867 (fax)
>
>Elliot Brown
>Irell & Manella LLP
>1800 Avenue of the Stars, Suite 900
>Los Angeles, California  90067-4276
>(310) 227-1010
>(310) 203-7199 (fax)

Dated: May 19, 2008

/s/ Christopher W. Carrion

US1DOCS 6680065v1