SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 28 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COSTAR GROUP, INC.,    Plaintiff,

8   cv 1156   (GBD)

- against -

LOOPNET, INC.,    Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Nels T. Lippert attorney for Plaintiff CoStar Group, Inc.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Patrick J. Carome |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr |
| Address: | 1875 Pennsylvania Avenue N.W. |
| City/State/Zip: | Washington, D.C. 20006 |
| Telephone/Fax: | (202) 663-6000 |
| Email Address: | patrick.carome@wilmerhale.com |

is admitted to practice pro hac vice as counsel for Plaintiff CoStar Group, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: MAY 28 2008
City, State:

*[signature]*
United States District/Magistrate Judge
**HON. GEORGE B. DANIELS**

FOR OFFICE USE ONLY, FEE PAID $ _____ SDNY RECEIPT# _____
SDNY Form Web 10/2006