Steven A. Zalesin
Karla G. Sanchez
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel. (212) 336-2000
Fax (212) 336-2222

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | | |
|---|---|---|
| COSTAR GROUP, INC., | : | Case No. 08-CV-1156 (GBD) |
| Plaintiff, | : | ECF Case |
| v. | : | |
| LOOPNET, INC., | : | **NOTICE OF APPEARANCE** |
| Defendant. | : | |

------------------------------------x

S I R S :

      PLEASE TAKE NOTICE, that the undersigned hereby appear in the above-entitled action, and that the undersigned have been retained as attorneys for Plaintiff CoStar Group, Inc. and request that a copy of all papers in this action be served upon the undersigned at the office address stated below.

Dated: New York, New York
      May 28, 2008

                      Yours, etc.,

                      PATTERSON BELKNAP WEBB & TYLER LLP

                      By: /s/ Steven A. Zalesin
                          Steven A. Zalesin
                      *Attorneys for CoStar Group, Inc.*
                      1133 Avenue of the Americas
                      New York, New York  10036
                      (212) 336-2000
                      sazalesin@pbwt.com, kgsanchez@pbwt.com,
                      aamangi@pbwt.com, rkuilemaklein@pbwt.com

TO: Jacques Semmelman
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
*Attorneys for Defendant LoopNet, Inc.*

Elliot Brown
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
*Of Counsel*

Patrick J. Carome
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Attorneys for CoStar Group, Inc.*

1598942v.1

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            :ss.:
COUNTY OF NEW YORK          )

      CHRISTINA I. BELANGER, being duly sworn, deposes and says:

1.     I am over 18 years of age, not a party to this action, and employed by the law firm of Patterson, Belknap, Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

2.     On May 29, 2008, I served a copy of the foregoing *NOTICE OF APPEARANCE* upon the following by enclosing a true copy of same in a postage prepaid wrapper and depositing it in a depository maintained by the U.S. Postal Service at 1133 Avenue of the Americas, New York, New York, directed to them at the addresses below:

    Elliot Brown
    IRELL & MANELLA LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, CA 90067-4276

    Patrick J. Carome
    WILMER CUTLER PICKERING HALE AND DORR LLP
    1875 Pennsylvania Avenue, NW
    Washington, DC 20006

                                                    */s/ Christina Belanger*
                                                    CHRISTINA I. BELANGER

Sworn to before me this
29th day of May, 2008

_____
Notary Public

NICHOLAS J. LAFORGE
Notary Public, State of New York
No. 01LA6150533
Qualified in Kings County
Certificate Filed in New York County
Commission Expires July 31, 2010