UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

CoStar Group Inc.

                              Plaintiff,

    -v-

LoopNet

                              Defendant.

---------------------------------------------------------------x

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JUN 0 3 2008]

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Cv 1156 (GBD)(GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☑ Specific Non-Dispositive Motion/Dispute:*

    PENDING DISCOVERY DISPUTE

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____

    All such motions: _____

* Do not check if already referred for general pretrial.

Dated: JUN 0 2 2008

SO ORDERED:

*George B. Daniels*
HON. GEORGE B. DANIELS
United States District Judge