UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

|   |   |
|---|---|
| COSTAR GROUP, INC., | ) |
| Plaintiff, | ) Civil Action No. 08-CV 1156 |
| v. | ) STIPULATION AND ORDER |
| LOOPNET, INC., | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties in the above-captioned action, that:

(a) CoStar Group, Inc. is permitted to amend its Complaint in the form presented to the Court ~~attached hereto~~ as the First Amended Complaint; /PL/

(b) LoopNet, Inc. ("LoopNet") will have twenty (20) days from the date the order is signed to respond to the First Amended Complaint; and

(c) By stipulating to the filing of the First Amended Complaint, LoopNet is not acknowledging the validity of the new allegations contained therein, nor is it waiving any defenses it has to these allegations.

Dated: June 19, 2008   (d) CoStar Corp shall file the First Amended Complaint on ECF forthwith. /gaf/

Steven A. Zalesin (SZ 0901)
Karla G. Sanchez (KS 7247)
Adeel A. Mangi (AM 5322)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone 212-336-2000
Facsimile 212-336-2222

Patrick J. Carome
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone 202-663-6000
Facsimile 202-663-6363

*Attorneys for Plaintiff CoStar Group, Inc.*

_____
Jacques Semmelman (JS 5020)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Telephone 212-696-6000
Facsimile 212-697-1559

Elliot Brown
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone 310-277-1010
Facsimile 310-203-7199

*Attorneys for Defendant LoopNet, Inc.*

IT IS SO ORDERED:

_____
Hon. Gabriel W. Gorenstein, U.S.M.J.

6/20/2008

1759358v.1