Jacques Semmelman (JS 5020)
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
Tel: 212-696-6000
Fax: 212-697-1559

*Attorneys for Defendant and Counterclaim Plaintiff LoopNet, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
COSTAR GROUP, INC.,                                        :
                                                           :
                              Plaintiff,                   :     No. 08-CV-1156 (GBD) (GWG)
                                                           :
                v.                                         :
                                                           :     **NOTICE OF MOTION FOR**
LOOPNET, INC.,                                             :     **EXPEDITED DISCOVERY**
                                                           :
                              Defendant                    :
                              and Counter-                 :
                              Plaintiff.                    :
-----------------------------------------------------------X
                                                           :
LOOPNET, INC.,                                             :
                                                           :
                              Counterclaim                 :
                              Plaintiff,                    :
                                                           :
                v.                                         :
                                                           :
COSTAR GROUP, INC., and COSTAR                             :
REALTY INFORMATION, INC.,                                  :
                                                           :
                              Counterclaim                 :
                              Defendants.                  :
-----------------------------------------------------------X

Defendant LoopNet, Inc. ("LoopNet") hereby moves this Court, pursuant to Rules 26, 30,

and 34 of the Federal Rules of Civil Procedure, for an Order directing Plaintiff and Counterclaim

Defendants CoStar Group, Inc. and CoStar Realty Information, Inc. (collectively "CoStar") to

respond to the discovery demands submitted herewith on an expedited basis, and in particular:

1. That CoStar produce documents in response to the Request for Production of Documents submitted as Exhibit A to the Declaration of Jacques Semmelman in Support of LoopNet's Motion for Expedited Discovery no later than July 15, 2008; and

2. That CoStar produce for deposition, pursuant to Fed. R. Civ. P. 30(b)(6), a witness knowledgeable as to each of the subjects set forth in the Notice of Deposition submitted as Exhibit B to the Declaration of Jacques Semmelman in Support of LoopNet's Motion for Expedited Discovery no later than July 24, 2008.

The grounds for this motion are set forth in the Declaration of Jacques Semmelman filed herewith, the exhibits thereto, and the accompanying Memorandum in Support of LoopNet's Motion for Expedited Discovery.

Opposition papers, if any, will be due on a date to be set by the Court.

Dated:    New York, New York
          June 30, 2008

                         CURTIS, MALLET-PREVOST,
                         COLT & MOSLE LLP


                         By: _____
                             Jacques Semmelman (JS 5020)
                             101 Park Avenue
                             New York, NY 10178-0061
                             Tel.: 212-696-6000
                             Fax: 212-697-1559
                             jsemmelman@curtis.com

                             *Attorneys for Defendant*
                             *LoopNet, Inc.*

*Of Counsel:*

Elliot Brown (admitted *pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
Tel.:  (310) 277-1010
Fax:  (310) 203-7199
ebrown@irell.com