UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
COSTAR GROUP, INC.,

                             Plaintiff,        No. 08-CV-1156 (GBD) (GWG)
                                               :
            v.
                                               :
LOOPNET, INC.,

                             Defendant         :
                             and Counter-
                             Plaintiff.
------------------------------------------------------------X
                                               :
LOOPNET, INC.,

                             Counterclaim
                             Plaintiff,
                                               :
            v.

COSTAR GROUP, INC., and COSTAR
REALTY INFORMATION, INC.,

                             Counterclaim   :
                             Defendants.
------------------------------------------------------------X


**DECLARATION OF JASON GREENMAN IN SUPPORT OF
LOOPNET'S MOTION FOR A PRELIMINARY INJUNCTION**

## DECLARATION OF JASON GREENMAN

I, Jason Greenman, declare as follows:

1.      I am Senior Vice President, Corporate Development, for LoopNet, Inc.  My responsibilities include LoopNet's business development and company strategy.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      LoopNet provides real estate professionals with a number of products and services, including a variety of products that enable them to market commercial real estate listings.

3.      The listings of LoopNet Premium Members, also called LoopNet's Premium Listings, can be searched for free by LoopNet's registered members, as well as by other visitors to LoopNet.com.  LoopNet's Premium Listings are also exposed to the automated "spiders" of major search engines such as Google and Yahoo!, allowing those listings to be found by web users who search on Google, Yahoo! or other search engines.  LoopNet's Premium Listings can be given further exposure through LoopNet's "Showcase Property Listings" feature, which gives listings preferential treatment in search results and distributes them among LoopNet's exclusive network of national and local newspaper websites.

4.      If CoStar is permitted to disseminate false statements about LoopNet's products, false statements about CoStar's Showcase, and/or false statements about the supposed comparative advantages of CoStar's Showcase over LoopNet competitive offerings, LoopNet may suffer irreparable damage to its goodwill and to its relationships with its customers.  False advertising by CoStar could damage LoopNet's existing business relationships and harm LoopNet's sales.  It could draw away some of LoopNet's current customers, convincing them to

do business with CoStar rather than with LoopNet. False advertising by CoStar could also hurt LoopNet's ability to attract new customers. The harm to LoopNet caused by false advertising about CoStar Showcase is exacerbated if CoStar succeeds in using the false advertising to get LoopNet's customers or potential customers locked into long-term contracts with CoStar that can have the effect of limiting the customers' abilities to do business with LoopNet. Even if customers later learn that CoStar's claims about Showcase and LoopNet are not true, or if CoStar fails to deliver on its promises, those customers may still be locked into long-term contracts with CoStar.

5.     If CoStar's false advertising about Showcase is permitted to continue in the marketplace, LoopNet will likely have to divert resources to counter CoStar's false statements and to attempt to mitigate the damage they cause. If CoStar is not preliminarily enjoined from its false advertising campaign about Showcase, it is uncertain whether LoopNet would be able to successfully counter or reverse all of the damage CoStar is causing to LoopNet's reputation, image, and goodwill.

6.     Attached as Exhibit A is a true and correct copy of monthly unique visitor traffic data reported by comScore and received by LoopNet from comScore. This data report covers the period from May 2007 through May 2008 with respect to LoopNet.com and CoStar.com.

7.     Attached as Exhibit B is a true and correct copy of a line chart that represents monthly unique visitor traffic data reported by comScore and received by LoopNet from comScore. This data chart covers the periods from January 2007 through May 2008 with respect to the total unique visitors reported for LoopNet.com and CoStar.com respectively.

8.     Attached as Exhibit C is a true and correct copy of quarterly unique and total site traffic data reported by comScore and received by LoopNet from comScore. This data report

covers the periods from the fourth quarter of 2006 through the first quarter of 2008 with respect to LoopNet.com and CoStar.com.

9.      Attached as Exhibit D is a true and correct copy of quarterly unique and total site cross-visitation data reported by comScore and received by LoopNet from comScore. This data report covers the periods from the fourth quarter of 2006 through the first quarter of 2008 with respect to LoopNet.com and CoStar.com.

10.      Attached as Exhibit E is a true and correct copy of comScore's Media Metrix Methodology Overview as received by LoopNet from comScore.

11.      Attached as Exhibit F is a true and correct copy of the "Quick Stats: Traffic Summary" page from LoopNet's website as printed on June 27, 2008, from http://www.loopnet.com/xNet/Mainsite/Marketing/About/TrafficSummary.aspx. As stated in Exhibit F, based on LoopNet's Google Analytics reports, LoopNet's monthly unique visitors (which Google Analytics refers to as "Absolute Unique Visitors") exceeded an average of 2,000,000 per month during the first quarter of 2008. According to LoopNet's Google Analytics reports, LoopNet's quarterly unique visitors exceeded 5,000,000 during that same quarter.

12.      Attached as Exhibit G is a true and correct copy of a purported CoStar promotional mailer as received by LoopNet via United States Postal Service and purportedly mailed by CoStar. The first and third pages of Exhibit G reproduce the outside covers of the mailer, with the second page reproducing the inside of the mailer when it is unfolded.

Executed on June 30, 2008, at _Monrovia_, California.

I declare under penalty of perjury that the foregoing is true and correct.

Jason Greenman

- 4 -

# EXHIBIT A

**MEDIA TREND REPORT**

| | |
|---|---|
| Geography : | United States |
| Location : | All Locations |
| Time Period : | May 2007 - May 2008 |
| Target : | Total Audience |
| Media : | COSTAR.COM,LOOPNET.COM |
| Measures : | Total Unique Visitors (000) |
| Date : | 6/23/2008 |

**MyMetrix**

©2008 comScore, Inc

| Items 1 to 2 | May-2007 | Jun-2007 | Jul-2007 | Aug-2007 | Sep-2007 | Oct-2007 | Nov-2007 | Dec-2007 | Jan-2008 | Feb-2008 | Mar-2008 | Apr-2008 | May-2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Internet : Total Audience | 177,486.96 | 178,838.91 | 180,077.60 | 181,257.42 | 181,858.34 | 182,205.80 | 182,362.44 | 183,619.11 | 184,239.10 | 185,016.59 | 188,010.38 | 190,727.74 | 190,857.53 |
| 1  [M]  LOOPNET.COM | 839.31 | 823.35 | 958.70 | 937.40 | 816.28 | 935.42 | 946.41 | 827.99 | 1,133.64 | 862.22 | 849.98 | 903.55 | 858.04 |
| 2  [P]  COSTAR.COM | 199.27 | 207.75 | 260.83 | 255.74 | 135.14 | 190.29 | 171.10 | 174.33 | 315.65 | 198.00 | 180.96 | 155.77 |

**MEDIA TREND REPORT**



© comScore Inc.

**Media Metrix 2.0 Legend**

| | |
|---|---|
| [P] | Property |
| [M] | Media Title |
| [C] | Channel |
| [S] | Subchannel |
| [G] | Group |
| [SG] | Subgroup |
| [E] | Custom Entity |
| [n] | Ad Network |
| [A#] | Alternate Rollup |

| | |
|---|---|
| * | Indicates that the entity has assigned traffic to certain pages in the domain to other entities |
| ** | Indicates that the entity is an advertising network. |
| ... | Indicates data used fell below minimum reporting standards and/or data not available. |
| N/A | Indicates data is not available in the data set for reporting for the specified time period. |
| # | Caution - small base may result in unstable projection. |
| ## | Directional purposes only - base too unstable for reliable projection. |

Details on minimum reporting standards are located at: http://mymetrix.comscore.com/mmx/definitions_minreportingstandards.asp



# EXHIBIT B



# EXHIBIT C



**Quarterly Site Traffic Report**

**Q4 2006 - Q1 2008**

| Quarter | Entity Name | Total Unique Visitors | Total Visits |
|---|---|---|---|
| Quarter Ending December 2006 | COSTAR.COM | 867,943 | 2,011,926 |
| Quarter Ending December 2006 | LOOPNET.COM | 2,385,789 | 5,790,353 |
| Quarter Ending March 2007 | COSTAR.COM | 870,200 | 1,802,572 |
| Quarter Ending March 2007 | LOOPNET.COM | 2,837,889 | 7,307,539 |
| Quarter Ending June 2007 | COSTAR.COM | 715,964 | 1,790,356 |
| Quarter Ending June 2007 | LOOPNET.COM | 2,904,309 | 6,756,018 |
| Quarter Ending September 2007 | COSTAR.COM | 634,647 | 1,985,659 |
| Quarter Ending September 2007 | LOOPNET.COM | 2,663,239 | 6,278,180 |
| Quarter Ending December 2007 | COSTAR.COM | 660,617 | 1,821,140 |
| Quarter Ending December 2007 | LOOPNET.COM | 2,346,445 | 4,968,880 |
| Quarter Ending March 2008 | COSTAR.COM | 786,989 | 1,373,683 |
| Quarter Ending March 2008 | LOOPNET.COM | 2,877,845 | 5,824,665 |

# EXHIBIT D



# Cross-Visitation Report

## Q4 2006 - Q1 2008

| Quarter | Cross-Visitation | Total Unique Visitors | Total Visits |
|---|---|---|---|
| Quarter Ending December 2006 | Visited COSTAR.COM and not LOOPNET.COM | 505,716 | 935,777 |
| Quarter Ending December 2006 | Visited LOOPNET.COM and not COSTAR.COM | 2,023,562 | 4,094,282 |
| Quarter Ending March 2007 | Visited COSTAR.COM and not LOOPNET.COM | 453,484 | 747,956 |
| Quarter Ending March 2007 | Visited LOOPNET.COM and not COSTAR.COM | 2,421,173 | 4,865,022 |
| Quarter Ending June 2007 | Visited COSTAR.COM and not LOOPNET.COM | 458,774 | 867,728 |
| Quarter Ending June 2007 | Visited LOOPNET.COM and not COSTAR.COM | 2,647,119 | 4,970,747 |
| Quarter Ending September 2007 | Visited COSTAR.COM and not LOOPNET.COM | 387,401 | 486,924 |
| Quarter Ending September 2007 | Visited LOOPNET.COM and not COSTAR.COM | 2,415,993 | 4,320,220 |
| Quarter Ending December 2007 | Visited COSTAR.COM and not LOOPNET.COM | 432,039 | 952,066 |
| Quarter Ending December 2007 | Visited LOOPNET.COM and not COSTAR.COM | 2,117,867 | 3,584,398 |
| Quarter Ending March 2008 | Visited COSTAR.COM and not LOOPNET.COM | 606,089 | 1,037,743 |
| Quarter Ending March 2008 | Visited LOOPNET.COM and not COSTAR.COM | 2,696,944 | 4,903,820 |

# EXHIBIT E

# comScore Media Metrix Methodology Overview

## Audience Measurement

comScore provides industry-leading Internet audience measurement that reports details of online media usage, visitor demographics and online buying power for the home, work and university audiences across local U.S. markets and across the globe. Using proprietary data collection technology and cutting-edge methodology, comScore is able to capture great volumes of extremely granular data about online consumer behavior, including:

- Actions (starts, stops, clicks etc.)
- Audience behaviors (exposures, time spent etc.)
- Consumer behaviors (shopping, commerce)
- Online behaviors (IM, email, gaming, streaming etc.)

comScore deploys passive, non-invasive measurement in its collection technologies; projects the data to the universe of persons online; and continuously strives to identify, understand, quantify, and eliminate bias to the maximum extent possible.  The following are the core steps in the comScore methodology:

1. Establish the universe via enumeration
2. Obtain respondents via online recruitment
3. Collect data
4. Identify the User
5. Projection and Bias Elimination

## Establishing the Universe via Enumeration

comScore conducts a monthly enumeration survey by telephone collecting information on detailed demographics and Internet usage such as:

- Personal demographics (age, gender, education, etc.)
- Internet usage status
- Connection speed
- Census region
- Household size
- Computers in home
- ISP
- Operating System
- AOL usage
- Work usage

Each month comScore uses data from the most recent wave of the survey and from the 11 preceding waves to estimate the proportion of households in the U.S. with at least one member using the Internet and also the average number of Internet users in these households. We then take the product of these two estimates and multiply by a Census-based estimate of the total number of households in the U.S. to get an estimate of the total number of Internet users.

## Obtain Respondents via Online Recruitment

comScore uses an array of online recruitment techniques to acquire the members of its panel. These include affiliate programs and partnering with third party applications providers who meet comScore's quality standards. To recruit people for the calibration panel, which is used to eliminate effects of bias in the panel recruited online, comScore adheres to stringent standards for recruiting a probability sample. In all cases panelists opt-in through a registration process that includes a stringent privacy practice.

During registration, panelists configure a software agent which allows comScore to "see" user activity at the machine or screen-side resulting in a view of the user experience, as opposed to site-centric measurement. This software yields not only the URLs of web pages requested by users but also information such as search strings, products purchased and referral requests. As a result, comScore can capture just about anything exchanged using the HTTP and HTTPS protocols and others such as
streaming, AOL proprietary and IM environments.

All of the panelist's Internet activity is captured regardless of type of browser used (Note: the comScore panel only includes computers running a Win32 operating system, and does not include computers using other operating systems such as McIntosh or Linux). Activity is captured regardless of whether an Internet connection is established via a commercial Internet Service Provider (ISP) or an office-hosted LAN.

Data capture and reporting are conducted in adherence to strict, industry-leading privacy protection policies. Data about user identity is stored in an encrypted, access-controlled database. Internet audience and behavior data is reported only in aggregate form.

## Identify the User

Except for people in the calibration panel, comScore does not ask the people in its panel to identify themselves when they use the Internet. Instead, comScore infers who is at a computer at any point in time, using data that include biometric measurements (measurements of keystrokes and mouse clicks), the time of day that the computer is being used, and text strings in the data being accumulated (such as first names in forms being posted.) Consequently, comScore's panelists are not constantly reminded that their Internet use is being monitored and so the monitoring is much less likely to influence their use of the Internet.

## Projection and Bias Elimination

comScore calculates and applies weights to the data accumulated for panelists when aggregating the data to get the measurements it publishes. One purpose of these weights is to project measurements made across the Internet users in the panel to the much larger number who are not. The other purpose is to eliminate bias that may occur when online recruitment yields disproportionately few or many people from some segments of Internet users (for example, too many intensive Internet users and too few Internet users from high income households). Panelists from a segment that is more poorly represented get bigger weights and those from a segment that is over-represented get smaller weights.

Targets for the distribution of these weights have two sources: the enumeration survey and the calibration panel. The enumeration survey provides targets for the distribution of weights across categories of demographic variables, such as gender, age group and household income. The calibration panel is a panel of Internet users recruited using methods that comply with stringent standards for obtaining a probability sample. comScore's software is installed on the computers of people in the calibration panel, and the data accumulated for these panelists is used to derive targets for the distribution of weights across categories of behavioral variables, such as total minutes of Internet use.

## Page View Definition and Methodology

Instant Messengers Legacy Entities explanation for MMX [pdf]

A Page View is defined as a page that has been fully loaded into a browser. In a general sense, a page consists of an HTML file plus all of the images/objects requested by the HTML. Page Views are also counted in online services (e.g. AOL and MSN Explorer) and applications, as long as the content is loaded into a page.

## Page View Counting Rules

Page Views represent the act of a user requesting a page (e.g. HTTP, HTTPS, AOL) from a site and the transmittal of that page to the user through the browser or online service.

What is Included in a Page View?

- All pages with a browser status code between 200 and 299
- In the case of redirects, only the destination page

- AOL://protocols from the AOL Proprietary Service
- MSN://protocols from the MSN Explorer Service
- Framed Pages (see explanation below)
- Locally cached pages (have a return code of 304)

What is Not Included in a Page View?

- All pages in a redirect, with the exception of the destination page (have a return code of 302)
- URLs stopped by a user or partially downloaded pages
- URLs with the following extensions: .GIF, .JPG, .VBS, .BMP, .ZIP, .RAM, .MOV, .MP3, .MP2, .AVI, .MPG, .WAV, .PDF, .PNG, .SWF
- All URLs used for File Transfer Protocol ("FTP")
- Ad Banners and Pop-Up or Pop-Under pages
- Refreshed and auto-refreshed web pages
- Web crawlers, spiders, bots or other automated engines
- All streaming media URLs

## Duration Methodology

Based on millions of page duration observations, comScore has determined that the following heuristics best explain audience behavior:

- The average time between 2 consecutive web pages is quite small: 26 seconds (or less than half of one minute).
- For a general-purpose web site, 98% of pages have duration of less than 2 minutes. In addition, 99.8% of pages have durations of less than 10 minutes.
- comScore conforms to the industry standard, which considers that any gap of more than 30 minutes is an indication of inactivity, and signals that a session has ended. In such a case, the last web page of the session gets a credit of 1 minute (double the web page average).
- There are exceptions for games, news, and email sites, as well as instant messenger applications, which are detailed below.

In general, there is a 2-minute cap applied to all web pages excluding the types of sites and applications listed in fourth bullet above. This rule applies remarkably well as approximately 98% of total duration is captured within a 2-minute interval. However, we have noted some specific exemptions. In particular, content intensive pages (news, careers etc.) sometimes have a greater than two minute duration. An "engaged" user could spend longer than 2 minutes on a page to read a complex article, for example.

We have identified this "engaged user" phenomenon in our data and can identify them through a process called URL pattern-matching. This means that if the next URL pattern requested by the user matches the current one, it is likely that the user is still active on the same site or site area. Once identified, these engaged users have the duration cap for that page extended to 10 minutes. For these types of pages, such as news or other content sites, the 10-minute rule works very well in capturing 100% of the cumulative pages and cumulative duration.

The pattern matching process allows us to automatically identify when the engaged user rule applies without having to pre-select certain sites. This allows for a more consistent and fair treatment across the entire Internet.



## Exceptions to Duration Methodology

**NEWS SITES:**
The 2-minute cap is inadequate for news sites. Whereas 98% of typical pages fall below 2 minutes, only 83% of news site pages do so. On the other hand, 99.4% of news pages have duration of less than 10 minutes as the chart below illustrates. Consequently, a 10-minute cap is applied to News sites.



**E-MAIL SITES:**
A further exception was also empirically determined for e-mail sites. If someone is composing a complex e-mail online, it is entirely possible that a user could consume a considerable amount of time on a given page. We have determine that allowing a cap on e-mail sites of 30 minutes per page view is adequate to accurately represent over 99% of consecutive pages, and allowing for the growing trend of reading and writing e-mails offline, while eliminating the implausible "long tails" of the distribution where a user is likely to be inactive. The following chart illustrates the frequency distribution of duration for a typical e-mail site:



The chart above implies the impact of differing potential duration caps on capturing the cumulative pages or duration behavior. For example, if this email site were capped at 5 minutes of duration per page, the data would reflect 96% of pages for the month yet only 57% of the recorded duration. The 5-minute cap in this example would understate this e-mail site's duration. However, at a 30 minute cap accounts for 99.7% and 92.9% of the pages and recorded duration.

**INSTANT MESSENGER APPLICATIONS:** The distributions with respect to IM usage were similar to the e-mail applications. The comScore Media Metrix proprietary technology recognizes that many Instant Messengers pop up but are not actively used by the user. An "engaged IM user" is defined as someone who sends a message. The comScore technology allows comScore to see more data and provide a potentially more accurate read of the multi-tasking user experience. The following chart shows that IM pages have a high degree of variability.



Because some IM sessions can have a high variation among the time interval between send commands measured by the comScore proprietary technology, we have extended the cap for the IM send interval to 30 minutes, again supported by empirical evidence that this number best reflects the capture of cumulative UV's and duration.

**GAME SITES:**
Game sites are also similar to instant messenger applications in that the interval between consecutive on-line events could be longer than normal. For instance a 2-minute cap covers only 82% of the pages, and it takes a 30-minute cap to cover over 99% of the pages. This is understandable since a user can download a game and play with it for a while without the need for a 'refresh' from the web or game server.



## Minimum Reporting Standards

comScore Media Metrix 2.0 employs Minimum Reporting Standards to:

- Limit the number of smaller sites available in Media pick lists, and
- Enforce cell-level reporting requirements.

This section describes the criteria that determine whether an entity is available and reported during a given month.

### Entity Availability in Media Pick Lists

After the entire universe of reportable entities is determined using the rules in the previous section, comScore then applies Entity Availability rules in order to keep the Media pick lists to manageable lengths. In order to be available in the Media Metrix pick list in a given month, an entity must meet one of the following criteria for any given month:

1. An entity must have > 30 Raw UVs from the US panel, or
2. An entity must have > 15 RAW UVs from the non-US panel

An entity that meets either of the criteria is available in the Pick List for all locations. A property that does not meet these criteria will not be available for selection. Additionally, all children of this property will not be available for selection.

An entity that by itself does not meet one of these criteria will not be available for selection in Media Metrix reports. Sites that have met the above criteria in previous months (but do not in the current month) would be available in the Media Metrix report output if its parent satisfies one or both of these criteria and the entity satisfies the Cell Level Reportability rules below.

### Cell Level Reportability

Cell Level Reportability helps to ensure that we do not report measures based on less than reliable sample sizes for the entity.

Any entity meeting requirement 1.) or 2.) above is also subject to cell level reporting requirements. A cell is defined as a specific value in a report that is based on a specific country, location and target audience.

These cell-level requirements vary depending on the measure being analyzed:

#### Sample Size "Insensitive" Measures

Sample size "insensitive" measures are defined as measures that can be accurately projected and reported, even though

the aggregate sample size for that sample is small. Sample size insensitive measures report as long as we have > 1 Unprojected Unique Visitors. The sample size for a measure that describes the visitors to a web entity is effectively the number of visitors in the entire audience. So we can report UVs (and measures derived from UVs, such as % Reach and % Composition UVs) for any web entity

Sample size "insensitive" measures include:

- Total UV
- % Reach
- % Composition UV
- Composition Index
- Average Daily Visitors

## Sample Size "Sensitive" Measures

Sample size "sensitive measures" are those that can accurately describe an entity's visitors only if we have a reasonable number of visitors to the entity. To accurately describe visitor's behavior, a more robust sample size is required. Sample size sensitive measures will only be reported for cells that have > 30 Unprojected Unique Visitors. The 30 Unprojected UV requirement is implemented regardless of whether entity Availability rule 1.) or 2.) was implemented.

Sample size "sensitive" measures include:

- Average Usage Days per Visitor
- % Composition Pages
- % Composition Minutes
- Total Pages Viewed
- Total Minutes
- Average Minutes per Visitor per Usage Day
- Average Minutes per Visitor
- Average Minutes per Page
- Average Pages per Usage Day
- Average Pages per Visitor

# Cutoff Rules for Media Metrix and XPC Entity Lists

Media Metrix 2.0 leverages an expanded panel to report 500+ additional media entities previously unavailable in Media Metrix. These additional media entities, referred to as the 'XPC Entity List', will be reported in syndicated Media Metrix reports along with the currently available list of Media Metrix entities, the latter of which will continue to be reported off the Media Metrix panel.

Properties that do not qualify for reporting off the Media Metrix panel are reported off the expanded XPC panel. To qualify for the XPC Entity List, a property must have achieved at least 70,000 Unique Visitors in the most recent month (projections are based on the expanded panel).

The following rules are applied to determine from which panel properties (and their children) are reported:

1. A property must have a three-month average greater than 120,000 projected UVs to be reported off the Media Metrix panel. The children of these properties will also be reported off the Media Metrix panel if they satisfy the cell level reportability standards outlined below.
2. If a property does not have a three-month average greater than 120,000 projected UVs from the Media Metrix panel, but has at least 70,000 projected UVs for the current month, it and its children will be reported based off the XPC panel.
3. If a property does not have > 70,000 projected UVs, it and its children will not be available in MM 2.0.

Case 1:11-cv-00167-SM Document 30-6 Filed 08/30/2008 Page 9 of 9

## Frequently Asked Questions

The following are some FAQ's that will help explain the Reporting Standard rules:

**Q:** Why isn't a particular media entity showing up in a MyMetrix report output?

**A:**
Because the media entity did not meet the cell level reportability cut-off rules in the country and month you have selected.

**Q:**
I cannot find a certain media entity in the pick lists or search on it, but when I expand its parent in a Key Measures report, I can see data for that entity. Why is that?

**A:**
If you can see a media entity in a report, this means it made the cell level reportability cut-off in that month. It was not in the pick list because it did not meet the entity availability cut-off.

**Q:**
So if a media entity didn't make the media pick list cut-off, but I can see it in a report, doesn't that mean the data available for the entity is invalid?

**A:**
No. We implement the entity availability cut-off merely to keep media pick lists to a manageable size. The cell-level rules ultimately prevent the reporting of unstable data. So if you see a number in the interface, it is based on valid sample. In the case of very small sites, sample size insensitive measures will be reported, but sample size sensitive measures will not.

## For More Information

For methodology questions related to specific comScore products, review the product user guides available from the MyMetrix interface. Should you have additional questions please feel free to contact your account representative for more information.

# EXHIBIT F



## Quick Stats: Traffic Summary

LoopNet, Inc. is the #1 commercial real estate service online, with more site traffic, more members, more geographic coverage and more listings searchable for free than any other company.

### #1 in Traffic

With 920,000 average monthly unique visitors to LoopNet*, LoopNet.com is the most heavily trafficked commercial real estate site on the Internet. Amazon.com's Alexa affiliate and comScore Media Metrix ranks LoopNet.com the #1 commercial real estate web site in the world. Our registered members initiated 14 million monthly user sessions and spent an average of 20 minutes on the site.

*Web Traffic Information:

LoopNet utilizes comScore Media Metrics, a leading independent traffic reporting service, as its primary source of web traffic information. For consistency, we choose to report these numbers as our primary web traffic source. Our traffic metrics are updated periodically, and typically at a minimum, updated quarterly. The 920,000 average monthly unique visitors to LoopNet reflects monthly averages for Jan 2008 – May 2008.

Other web traffic reporting options exist including internal traffic measuring sources such as Google Analytics. Based on LoopNet's Google Analytics reports, average monthly unique visitors exceeded 2,000,000 for Jan 08 - Mar 08.

In addition and through May 2008, LoopNet monitored its traffic and web metrics utilizing a variety of other web based tools including Alexa.com, Compete.com and Quantcast.com.

In summary and as of May 2008, LoopNet is the most heavily trafficked commercial real estate site by a factor of typically 4 to 8 times the next closest service.

BECOME A LOOPNET MEMBER
Register now for FREE membership!

**About Us**

Investor Relations

Management Team

Board of Directors

Who's in the Loop

Quick Stats

In The News

Press Releases

Success Stories

Awards

Photos & Images

Work At LoopNet

In The Community

Contact Us

---

**Contact Us**    Advertise Property    About Us    Products    Site Map    Terms Of Use    Privacy Policy    News

CITYFEET.COM    BizBuySell
LoopNet Partners

© 2008 LoopNet, Inc.

---

LoopNet is a leading information services provider that offers a suite of products and services tailored to the national and local needs of the commercial real estate industry. LoopNet operates the largest and most heavily trafficked commercial real estate listing service online with more than 2.75 million registered members and 920,000 average monthly unique visitors. The LoopNet online marketplace contains more than $500 billion of property available for sale and 4.3 billion square feet of property available for lease. LoopNet covers all commercial real estate property categories including commercial land, office space, industrial, multifamily (apartments) and retail. LoopNet attracts the largest community of commercial real estate professionals including brokers, investors, tenants, property managers, landlords, and appraisers. LoopNet's market-leading LoopLink product powers the web sites of more than 1,000 commercial real estate organizations and seamlessly integrates their web sites with LoopNet's listing service at www.LoopNet.com.

# EXHIBIT G

**With the Court's permission, this exhibit to be filed in hard copy
with the Clerk of the Court due to the ECF system's
size limitation on PDFs**