SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CoSTAR GROUP, INC.,   Plaintiff,

- against -

LOOPNET, INC.,   Defendant.

08 cv 01156 (GBD)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jacques Semmelman a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

Applicant's Name: Raymond A. LaMagna
Firm Name: IRELL & MANELLA LLP
Address: 1800 Avenue of the Stars, Suite 900
City/State/Zip: Los Angeles, California 90067-4276
Phone Number: (310) 277-1010
Fax Number: (310) 203-7199

Raymond A. LaMagna is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceedings against Raymond A. LaMagna in any State or Federal court.

Dated: June 26, 2008
City, State: New York, New York

Respectfully submitted,

Jacques Semmelman
SDNY Bar: (JS-5020)
Firm Name: Curtis, Mallet-Prevost, Colt & Mosle LLP
Address: 101 Park Avenue
City/State/Zip: New York, New York 10178
Phone Number: (212) 696-6000
Fax Number: (212) 697-1559

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | | |
|---|---|---|
| CoSTAR GROUP, INC., | : | 08 cv 01156 (GBD) |
| Plaintiff, | : | |
| - against – | : | AFFIDAVIT OF JACQUES SEMMELMAN |
| LOOPNET, INC., | : | IN SUPPORT OF MOTION TO ADMIT COUNSEL |
| Defendant. | : | PRO HAC VICE |

------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Jacques Semmelman, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Raymond A. LaMagna as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 16, 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. LaMagna is an associate at Irell & Manella LLP. I have been working with him in the above-captioned matter.

4. I have found Mr. LaMagna to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

-2-

5. Accordingly, I am pleased to move the admission of Raymond A. LaMagna, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Raymond A. LaMagna, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Raymond A. LaMagna, pro hac vice, to represent Defendant in the above-captioned matter, be granted.

Dated: June 26, 2008
       New York, New York

Respectfully submitted,

*[signature: Jacques Semmelman]*

Name of Movant: Jacques Semmelman
SDNY Bar Code: JS-5020

*[signature: Lynn M. Mooney]*
NOTARY PUBLIC         06/26/08

LYNN M. MOONEY
Notary Public, State of New York
No. 01MO4841073
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 30, 20 11

-2-

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CoSTAR GROUP, INC.,

                        Plaintiff,

                        - against -

LOOPNET, INC.,

                        Defendant.

08  cv  01156  (GBD)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Jacques Semmelman attorney for LOOPNET, INC.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Raymond A. LaMagna |
| Firm Name: | Irell & Manella LLP |
| Address: | 1800 Avenue of the Stars, Suite 900 |
| City/State/Zip: | Los Angeles, California 90067-4276 |
| Telephone/Fax: | (310) 277-1010/ (310) 203-7199 |
| Email Address: | rlamagna@irell.com |

is admitted to practice pro hac vice as counsel for LOOPNET, INC. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                  United States District/Magistrate Judge

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

June 16, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RAYMOND ANGELO LAMAGNA, #244821 was admitted to the practice of law in this state by the Supreme Court of California on November 28, 2006; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Director of Administration

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

       JOSEPH F. CLYNE, being duly sworn deposes and says:

1. I am over eighteen (18) years of age, am not a party to this action and am a resident of the State of Connecticut.

2. On June 26, 2008, I served a copy of the attached Motion To Admit Counsel Pro Hac Vice by First Class Mail upon:

       Nels T. Lippert
       Wilmer Cutler Pickering Hale & Dorr L.L.P.
       399 Park Avenue
       New York, New York  10022

       Steven Alan Zalesin
       Patterson, Belknap, Webb & Taylor LLP
       1133 Avenue of the Americas
       New York, New York  10036

                                                    _____
                                                    JOSEPH F. CLYNE

Sworn to before me this
26th day of June, 2008.

_____
NOTARY PUBLIC

            LYNN M. MOONEY
    Notary Public, State of New York
          No. 01MO4841073
      Qualified in Queens County
  Certificate Filed in New York County
  Commission Expires June 30, 20__

4316893v5