Steven A. Zalesin (SZ 0901)
Karla G. Sanchez (KS 7247)
Adeel A. Mangi (AM 5322)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone 212-336-2000
Facsimile 212-336-2222

Patrick J. Carome (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000

*Attorneys for Plaintiff CoStar Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
COSTAR GROUP, INC.,                                         :
                                                            :
                                Plaintiff,                  :   No. 08-CV-1156 (GBD) (GWG)
                                                            :
                v.                                          :   **NOTICE OF MOTION FOR**
                                                            :   **EXPEDITED DISCOVERY**
LOOPNET, INC.,                                              :
                                                            :
                                Defendant.                  :
                                                            :
                                                            :
                                                            :
----------------------------------------------------------- X
LOOPNET, INC.,                                              :
                                                            :
                                Counterclaim                :
                                Plaintiff,                  :
                v.                                          :
                                                            :
COSTAR GROUP, INC., and COSTAR                              :
REALTY INFORMATION, INC.                                    :
                                                            :
                                Counterclaim                :
                                Defendant.                  ::
----------------------------------------------------------- X

1822603v.1

Plaintiff and Defendant Counterclaimant CoStar Group, Inc. and Defendant Counterclaimant CoStar Realty Information, Inc. (collectively "CoStar") hereby move this Court, pursuant to Rules 26, 30, and 34 of the Federal Rules of Civil Procedure, for an Order directing Defendant and Counterclaim Plaintiff LoopNet, Inc. ("LoopNet") to respond to the discovery demands submitted herewith on an expedited basis, in particular:

1. That LoopNet produce documents in response to the First Expedited Set of Requests for Production submitted as Exhibit A to the Declaration of Karla G. Sanchez in Support of CoStar's Motion for Expedited Discovery, no later than July 31, 2008; and

2. That LoopNet produce for deposition, pursuant to Fed. R. Civ. P. 30(b)(6), a witness knowledgeable as to each of the subjects set forth in the First Expedited Notice for 30(b)(6) Deposition submitted as Exhibit B to the Declaration of Karla G. Sanchez in Support of CoStar's Motion for Expedited Discovery, no later then August 29, 2008.

3. That LoopNet produce for deposition, pursuant to Fed. R. Civ. P. 30, Richard Boyle and Thomas Byrnes as set forth in the First Expedited Deposition Notice submitted as Exhibit C to the Declaration of Karla G. Sanchez in Support of CoStar's Motion for Expedited Discovery, no later then August 29, 2008.

The grounds for this motion are set forth in the Declaration of Karla G. Sanchez filed herewith, the exhibits thereto, and the accompanying Memorandum in Support of CoStar's Motion for Expedited Discovery.

Opposition papers, if any, will be due on a date to be set by the Court.

Dated:   New York, New York
           July 1, 2008

                                       Respectfully submitted,

                                       /s/ Karla Sanchez
                                       Steven A. Zalesin
                                       Karla G. Sanchez
                                       Adeel A. Mangi
                                       PATTERSON BELKNAP WEBB & TYLER LLP
                                       1133 Avenue of the Americas
                                       New York, New York 10036
                                       Telephone 212-336-2000
                                       Facsimile 212-336-2222

                                       Patrick J. Carome
                                       WILMER CUTLER PICKERING HALE AND DORR LLP
                                       1875 Pennsylvania Avenue, NW
                                       Washington, D.C. 20006
                                       Telephone 202-663-6000
                                       Facsimile 202-663-6363

                                       *Attorneys for Plaintiff CoStar Group, Inc.*

Of counsel:

    Christopher Winters, Esq.
    CoStar Group, Inc.

3

1822603v.1