Steven A. Zalesin (SZ 0901)
Karla G. Sanchez (KS 7247)
Adeel A. Mangi (AM 5322)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone 212-336-2000
Facsimile 212-336-2222

Patrick J. Carome (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000

*Attorneys for Plaintiff CoStar Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
                                                        :
COSTAR GROUP, INC.,                                     :
                                                        :
                              Plaintiff,                :   No. 08-CV-1156 (GBD) (GWG)
                                                        :
              v.                                        :   **DECLARATION OF GOOD FAITH**
                                                        :
LOOPNET, INC.,                                          :
                                                        :
                              Defendant.                :
                                                        :
                                                        :
                                                        :
------------------------------------------------------- X
LOOPNET, INC.,                                          :
                                                        :
                              Counterclaim              :
                              Plaintiff,                :
                                                        :
              v.                                        :
                                                        :
COSTAR GROUP, INC., and COSTAR                          :
REALTY INFORMATION, INC.                                :
                                                        :
                              Counterclaim              :
                              Defendant.                :
------------------------------------------------------- X

1822612v.1

Karla G. Sanchez, under penalty of perjury, declares as follows:

1. I am an attorney duly admitted to practice law in the State of New York and in the United States District Court for the Southern District of New York. I am a member of Patterson Belknap Webb & Tyler LLP, counsel for CoStar Group, Inc. and CoStar Realty Information, Inc. (collectively "CoStar") in the above-referenced action. I submit this declaration in support of CoStar's Motion for Expedited Discovery.

2. On July 1, 2008, I participated in a conference call with Steve Zalesin, Elliot Brown, and Jacques Semmelman. The call lasted approximately 45 minutes. During the call we discussed various issues, including the timing and scope of expedited discovery. We did not reach agreement on these issues.

Dated:  New York, New York
        July 1, 2008

/s/ Karla Sanchez

Karla Sanchez