USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

COSTAR GROUP, INC.,

                Plaintiff,      No. 08-CV-1156 (GBD) (GWG)

      v.

LOOPNET, INC.,

                Defendant and
                Counter-Plaintiff.

------------------------------------------------------------X      **ORDER**

LOOPNET, INC.,

                Counterclaim Plaintiff,

      v.

COSTAR GROUP, INC., and COSTAR
REALTY INFORMATION, INC.,

                Counterclaim Defendants.

------------------------------------------------------------X

    WHEREAS, on June 30, 2008, counsel for Defendant LoopNet, Inc. filed electronically the Declaration of Jason Greenman in Support of LoopNet's Motion for a Preliminary Injunction ("Greenman Declaration") and the Declaration of Raymond A. LaMagna in Support of LoopNet's Motion for a Preliminary Injunction ("LaMagna Declaration); and

    WHEREAS, due to electronic complications due to the size of exhibits to these Declarations, electronic filing of all exhibits could not be successfully completed; and

    WHEREAS, Plaintiff's counsel was served with these documents via email on June 30, 2008, and by hand on July 1, 2008; now

IT IS HEREBY ORDERED, that Defendant LoopNet, Inc. shall be permitted to file the entire Greenman Declaration (with exhibits) and the LaMagna Declaration (with exhibits) in hard copy with the Clerk of the Court.

Dated: New York, New York
      July __, 2008

                          IT IS SO ORDERED:

                          JUL 0 8 2008

                        _____
                        George B. Daniels
                        United States District Judge. GEORGE B. DANIELS