(Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CoSTAR GROUP, INC.,

  Plaintiff,

08 cv 01156 (GBD)

- against -

LOOPNET, INC.,

  Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Jacques Semmelman attorney for Loopnet, Inc.
and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Benjamin N. Glatstein |
| Firm Name: | Irell & Manella LLP |
| Address: | 1800 Avenue of the Stars, Suite 900 |
| City/State/Zip: | Los Angeles, California 90067-4276 |
| Telephone/Fax: | (310) 277-1010; (310) 203-7199 |
| Email Address: | bglatstein@irell.com |

is admitted to practice pro hac vice as counsel for Loopnet, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 7, 2008
City, State: New York, NY

JUL 0 8 2008

United States District/Magistrate Judge
**HON. GEORGE B. DANIELS**

FOR OFFICE USE ONLY  FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: JUL 0 8 2008*