SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 8 2008

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COSTAR GROUP, INC.,

　　　　　　　　　　　　Plaintiff,

08    cv 01156    (GBD)

- against -

LOOPNET, INC.,

　　　　　　　　　　　　Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of ~~(Sponsor's Name)~~ Jacques Semmelman    attorney for ~~(Plaintiff or Defendant's Name)~~ LOOPNET, INC.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Raymond A. LaMagna |
| Firm Name: | Irell & Manella LLP |
| Address: | 1800 Avenue of the Stars, Suite 900 |
| City/State/Zip: | Los Angeles, California  90067-4276 |
| Telephone/Fax: | (310) 277-1010/ (310) 203-7199 |
| Email Address: | rlamagna@irell.com |

is admitted to practice pro hac vice as counsel for ~~(Plaintiff or Defendant's Name)~~ LOOPNET, INC.    in the above
captioned case in the United States District Court for the Southern District of New York. All attorneys
appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated: July 7, 2008
City, State: New York, NY

George B. Daniels    JUL 0 8 2008
United States District/Magistrate Judge
**HON. GEORGE B. DANIELS**