# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08-CV-1156 (GBD) (GWG)                              Date Filed: _____

Plaintiff and Counte:
**Costar Group, Inc.**

vs.

Defendant and Counte:
**Loopnet, Inc.**

---

**Counterclaim Plaintiff**

Loopnet, Inc.

v.
**Counterclaim Defendant**

**Costar Group, Inc., et al.**

**State of New York, County of Albany)ss.:**

Received by Rapid &Reliable Attorney Service Inc., to be served on **Costar Realty Information, Inc., C/O Corporation Service Company, 80 State St., Albany, NY 12207**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **11th day of July, 2008** at **11:50 am**, I:

Served the within named **CORPORATION** by delivering a true copy of the **Summons and Amended Answer to Costar's First Amended Complaint and Amended Counterclaims, Electronic Case Filing Rules & Instructions and Judge's Individual Practices** to Nikki Chapple as Service Of Process Clerk of Corporation Service Company as **Registered Agent** of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 33, Sex: F, Race/Skin Color: Black, Height: 5'10", Weight: 180, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 11th day of July, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

J.R. O'Rourke
Process Server

Rapid &Reliable Attorney Service Inc.,
160 Broadway, Suite 603
New York, NY 10038
(212) 608-1555

Our Job Serial Number: 2008002657

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f