UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

COSTAR GROUP, INC.,

                Plaintiff,

   -against-

LOOPNET, INC.,

                Defendant.

------------------------------------------------------------x



ORDER

08 CV 1156 (GBD)

GEORGE B. DANIELS, District Judge:

    The hearing on the motions for preliminary injunction scheduled for September 11, 2008 is adjourned to October 7, 2008 at 10:00 AM.

    Plaintiff CoStar Group, Inc.'s request for a two-day evidentiary hearing is DENIED. There are no issues raised by the parties which necessitate the presentation of live witnesses at the hearing.

Dated: New York, New York
         August 25, 2008

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge