UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CO STAR GROUP, INC.,                           :

        Plaintiff,                           :   ORDER

  -v.-                                                    :
                                                                    08 Civ. 1156 (GBD) (GWG)
LOOPNET, INC.,                                    :

        Defendant.                         :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court is in receipt of a letter from defendant dated August 29, 2008 responding to matters raised by plaintiff in a letter dated August 22, 2008.

      The Court directs the parties to confer again regarding these matters. If no resolution is reached, plaintiff may raise these matters in a new letter, provided such letter complies with paragraph 2.A of this Court's Individual Practices.[1]

      SO ORDERED.

      Dated: New York, New York
              September 2, 2008

                                                              _____
                                                              GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge

---

[1] If a new letter is sent, it should not re-attach any documents attached to the August 22, 2008 letter.