# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

September 2, 2008

*MEMORANDUM ENDORSED*

Steven A. Zalesin
(212) 336-2110
Direct Fax (212) 336-2111
sazalesin@pbwt.com

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/08

**By Fax**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>CoStar Group, Inc. v. LoopNet, Inc., No. 08-CV-1156 (GBD)</u>

Dear Judge Gorenstein:

We represent plaintiff CoStar Group, Inc. ("CoStar") in the above action. This letter is submitted on behalf of both parties to request two modifications to the Court's Standing Order Applicable to Settlement Conferences (the "Standing Order") in connection with this matter.

Paragraph 3 of the Standing Order provides that, by "12:00 noon three business days before the conference, the Court and opposing counsel must be in receipt of a letter from counsel for each party . . . setting forth succinctly" the party's position with respect to settlement. The parties have conferred and believe that, in this instance, the letters would be more productive, and more likely to facilitate settlement, if submitted to the Court in confidence and not shared with the opposing party. We therefore request that the Court permit this modification to the Standing Order.

} — Denied. Omit material as necessary from the letters to maximize productivity

In addition, the parties request a one business day adjournment of the deadline by which to submit these letters. The settlement conference is scheduled for Wednesday, September 10, so the deadline under the Standing Order is noon this Friday, September 5. The parties respectfully request that they be allowed to submit these letters by fax up until noon on Monday, September 8.

} — Granted

SO ORDERED: DATE 9/2/2008

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

2054303v.1

Hon. Gabriel W. Gorenstein
September 2, 2008
Page 2

      We thank the Court in advance for its consideration of these requests, and look forward to a productive settlement conference on September 10.

                              Respectfully Submitted,

                              Steven A. Zalesin

cc:    Jacques Semmelman, Esq. (Curtis, Mallet et al.)
        Elliot Brown, Esq. (Irell & Manella, LA)
        Raymond LaMagna, Esq. (Irell & Manella, LA)
        Patrick Carome, Esq. (Wilmer Hale, DC)

2054303v.1